# Court of Appeals
# of the State of Georgia

ATLANTA, June 16, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0425. AMANDA GOREE v. ARCAN CAPITAL LLC, et al.

In this dispossessory action, the magistrate court entered a writ of possession in favor of Arcan Capital, LLC. Amanda Goree filed a petition for review to the superior court, and the superior court dismissed the petition on April 22, 2025. On June 3, 2025, Goree filed an application for discretionary review to this Court. We lack jurisdiction.

To be timely, appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Goree's application is untimely because it was filed 42 days after the superior court's order. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs, Inc.*, 311 Ga. App. at 335-336.

Accordingly, we lack jurisdiction over this untimely application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*___06/16/2025_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*